**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DENNIS PETERSON, ANDRE BROWN,**
**and MATHIAS DOXILLY,**

**Plaintiffs,**

-vs-                                                    Case No.  **6:07-cv-69-Orl-22DAB**

**P.D. TRUCKING, INC., and OMPRATAB**
**DINIDIAL,**

**Defendants.**
_____

**ORDER**

This cause is before the Court on Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 37) filed on June 11, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed June 22, 2007 (Doc. No. 42) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The claims of opt-in Plaintiff Dave Law are DISMISSED WITHOUT PREJUDICE.

3.      The Joint Motion for Approval of Settlement Agreement as Stipulated Final

Judgment (Doc. No. 37) is GRANTED as to Plaintiffs Dennis Peterson, Andre Brown, and

Mathias Doxilly.  The Court finds that the settlement is a fair and reasonable resolution of a bona

fide dispute over FLSA issues. The claims asserted by these Plaintiffs are DISMISSED WITH

PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 10, 2007.


Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge

-2-